**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6470**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

JANICE LEE FOXWORTH, a/k/a Janice Newman,

                    Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Samuel G. Wilson, District Judge.  (5:00-cr-30016-sgw-1)

Submitted:  May 29, 2008                    Decided:  June 5, 2008

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Janice Lee Foxworth, Appellant Pro Se.  Jeb Thomas Terrien, Assistant United States Attorney, Harrisonburg, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janice Lee Foxworth appeals the district court's order denying her motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Foxworth, No. 5:00-cr-30016-sgw-1 (W.D. Va. Mar. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED